**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    NOTICE OF INTENT
                                        TO FILE AN INFORMATION
              -v.-                  :
                                        08 Cr.
JAMEL GARDNER,                      :
                                        Rakoff, J.
              Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**08 CRIM 440**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         ~~April~~ MAY 2, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                    By:       /s/ Howard S. Master
                              Howard S. Master
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                    By:       /s/ Richard Rosenberg
                              Richard Rosenberg, Esq.
                              Attorney for the defendant

(stamp: JUDGE RAKOFF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

5/6/08 WHEEL A