```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA           :

        -v.-                       :    08 Cr.

JAMEL GARDNER,                     :

            Defendant.             :
------------------------------------X
```

**08 CRIM 440**

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343 and 1349, and Title 21, United States Code, Section 841(b)(1)(D), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant *(Jamel Gardner)*

_____
Witness *(Rigoberto Landero)*

_____
Counsel for Defendant

Date:    New York, New York
         May 16, 2008

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAY __ 2008*